# Exhibit D

12/16/25, 3:52 PM    HOST Expands Terminal Portfolio with Acquisition of Impala Terminals Burnside, now Ascension Bulk Terminal | T. Parker Host

Case 1:26-cv-00064-LGS    Document 1-4    Filed 01/06/26    Page 2 of 4

09.29.2025

# HOST Expands Terminal Portfolio with Acquisition of Impala Terminals Burnside, now Ascension Bulk Terminal

AVONDALE, La. – September 29, 2025 – T. Parker Host (HOST), a premier provider of ship agency and terminal services across the United States, today announced the acquisition of Impala Terminals Burnside (Impala Burnside), a bulk facility located in Burnside, LA, at Mile Marker 169 on the East Bank of the Lower Mississippi River. Effective immediately, the site will be renamed Ascension Bulk Terminal. Encompassing 230 acres—190 of which are available for future development—Ascension Bulk Terminal is a multipurpose facility positioned to support both current operations and long-term growth along the Lower Mississippi River. Additionally, HOST is investing $6 million in upgrades to the facility and equipment to expand capabilities and improve operations.

"Our investment in Ascension Bulk Terminal is a strategic step that solidifies our long-term presence in Louisiana and along the Lower Mississippi River," said Adam Anderson, Chairman and CEO of T. Parker Host. "With more than 500 employees and over $200 million invested in the region, this investment underscores our commitment to supporting prosperity and growth in Ascension Parish, the surrounding communities, and the state of Louisiana."

providing terminal and stevedoring services. Together, these sites comprise more than 1,500 acres of terminal property, including over 1,000 acres available for future development. The acquisition of Impala Burnside further strengthens HOST's long-term strategic presence on the Lower Mississippi River.

The acquisition of Ascension Bulk Terminal crowns a landmark year of growth for HOST. Earlier in 2025, the company completed its acquisition of Transmarine Navigation Corporation (Transmarine), expanding its agency operations to the West Coast and Hawaii. Along with Impala Terminals Burnside, HOST has also acquired Impala Fleeting Burnside, which is responsible for barge fleeting at the terminal. Together, these milestones highlight HOST's momentum and reinforce its commitment to being a trusted partner for its customers.

To learn more about T. Parker HOST visit www.tparkerhost.com.

About T. Parker Host

T. Parker Host is a total solutions provider for the maritime industry, specializing in agency services, terminal operations, stevedoring and marine assets. Founded in 1923 and guided by its Core Principles, the company has developed a strong reputation for its expertise, transparency and high standards of service. The entire HOST team focuses on customer needs while adding value to every operation with increased efficiency and tenacity. In 2022, HOST reopened the former Avondale

Jefferson Parish, Louisiana. Learn more at **www.tparkerhost.com**.

About Impala Terminals Burnside

Impala Terminals Burnside, located in Ascension Parish, Louisiana, at mile marker 169 on the Lower Mississippi River, handles and stores coal, petroleum coke, bauxite, alumina, and other dry commodities. Impala Terminals Burnside was previously wholly owned by Trafigura, a leading commodities group, having operated under the Impala Terminals brand.

← **PREVIOUS**

COPYRIGHT © 2025 T. PARKER HOST    —    CONNECT    —