# Exhibit E


(https://www.sos.la.gov/Pages/default.aspx)

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

**Name**  **Type**  **City**  **Status**
ASCENSION BULK TERMINAL, LLC   Limited Liability Company (Non-Louisiana)   WILMINGTON   Active

**Previous Names**

IMPALA TERMINALS BURNSIDE LLC (Changed: 9/29/2025)

IMPALA WAREHOUSING (US) LLC (Changed: 5/13/2014)

**Business:** ASCENSION BULK TERMINAL, LLC
**Charter Number:** 40516541Q
**Registration Date:** 5/19/2011
**Domicile Address**
　　251 LITTLE FALLS DRIVE
　　WILMINGTON, DE 19808
**Mailing Address**
　　5100 RIVER ROAD
　　AVONDALE, LA 70094
**Principal Business Office**
　　5100 RIVER ROAD
　　AVONDALE, LA 70094
**Registered Office in Louisiana**
　　450 LAUREL STREET, 8TH FLOOR
　　BATON ROUGE, LA 70801
**Principal Business Establishment in Louisiana**
　　5050 HIGHWAY 44
　　DARROW, LA 70725

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 5/19/2011
**Last Report Filed:** 4/21/2025
**Type:** Limited Liability Company (Non-Louisiana)

**Registered Agent(s)**

**Agent:** CORPORATION SERVICE COMPANY
**Address 1:** 450 LAUREL STREET, 8TH FLOOR

Privacy - Terms

|  |  |
|---|---|
| City, State, Zip: | BATON ROUGE, LA 70801 |
| Appointment Date: | 9/29/2025 |

**Officer(s)**  Additional Officers: No

|  |  |
|---|---|
| Officer: | HOST DAVANT, LLC |
| Title: | Member |
| Address 1: | 5100 RIVER ROAD |
| City, State, Zip: | AVONDALE, LA 70094 |

**Amendments on File (6)**

| Description | Date |
|---|---|
| Name Change | 5/13/2014 |
| Foreign LLC Statement of Change | 5/20/2014 |
| Foreign LLC Statement of Change | 10/18/2015 |
| Foreign LLC Statement of Change | 10/20/2015 |
| Appointing, Change, or Resign of Officer | 8/2/2016 |
| Name Change | 9/29/2025 |

[ Back to Search Results ]  [ New Search ]  [ View Shopping Cart ]

© 2025 Louisiana Department of State