# Exhibit A

Attorney:
GEORGE K. KONTAKIS (SBN GK-0484)
K&L GATES
599 LEXINGTON AVENUE
NEW YORK NY 10022


820422

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

AVANZA TRADING, LLC
    Plaintiff

ASCENSION BULK TERMINAL, LLC
    Defendant

Index / case #: 1:26-CV-00064

AFFIDAVIT OF SERVICE

E. Baton Rouge parish, State of: Louisiana    Taylor Capers    being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: Louisiana

On 1/8/26 at 12:32 am/(pm) at: 450 LAUREL STREET 8TH FLOOR BATON ROUGE LA 70801

Deponent served the within: SUMMONS IN A CIVIL ACTION, COMPLAINT, DECLARATION OF GEORGE K. KONTAKIS WITH EXHIBITS, DECLARATION OF ANDREW SMOLENACK, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, FILED ORDER

On which were set forth the Index No., herein, and date of filing

On: ASCENSION BULK TERMINAL, LLC C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
(herein after called the recipient) therein named.

[ ] **Individual** By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[✓] **Corporation or Partnership** By delivering thereat a true copy of each to: Hannah Cavras personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be Registered Agent thereof.

[ ] **Mailing** Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[ ] **Description**
| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [✓] White skin | [ ] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [✓] Female | [ ] Black skin | [✓] Brown hair | [✓] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow skin | [ ] Gray hair | [ ] 36-50 Yrs | [✓] 5'4"-5'8" | [✓] 131-160 Lbs |
| | [ ] Brown skin | [ ] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features: glasses

[ ] **Military Service** I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on Jan 8th 2026

_Taylor Capers_
(Print name below signature)

TAYLOR CARPERS

File No. 1:26-CV-00064      Work Order No. 820422