UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                        :
AVANZA TRADING, LLC,                                    :
                                    Plaintiff,          :
                                                        :              26 Civ. 64 (LGS)
            -against-                                   :
                                                        :              **ORDER**
ASCENSION BULK TERMINAL, LLC,                           :
                                    Defendant.          :
                                                        :
----------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference was held in this action on February 24, 2026.  As discussed at

the conference, it is hereby

        **ORDERED** that, by **February 26, 2026,** the parties shall file a proposed case

management plan including a May 15, 2026 deadline for completion of fact discovery.  Also by

**February 26, 2026,** the parties shall file a letter stating a joint proposed schedule for dispositive

motions after the conclusion of discovery, or, if the parties are unable to reach agreement, each

party's proposed schedule.

        **ORDERED** that, by **March 6, 2026,** Defendant shall file a motion to file the parties'

agreements under seal.

        The Clerk of Court is respectfully directed to place Docket Numbers 5-1 and 5-3 under

seal.

Dated: February 24, 2026
        New York, New York

_____
        LORNA G. SCHOFIELD
        **UNITED STATES DISTRICT JUDGE**