UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AVANZA TRADING, LLC,

                          Plaintiff,

      v.                                     26 Civ. 64 (LGS)

ASCENSION BULK TERMINAL, LLC,

                          Defendant.
-------------------------------------------------------------x

## PROPOSED CASE MANAGEMENT PLAN

      Plaintiff Avanza Trading, LLC and Defendant Ascension Bulk Terminal, LLC, through their respective counsel, submit the following Proposed Case Management Plan in accordance with the Court's Order of February 24, 2026 (Dkt. 18):

      Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than March 6, 2026;

      Initial Requests for Production of documents pursuant to Fed. R. Civ. P. 34 shall be served by March 13, 2026;

      Interrogatories pursuant to Fed. R. Civ. P. 33 shall be served by March 13, 2026;

      Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by March 13, 2026;

      Responses to discovery requests shall be provided and produced by April 13, 2026, unless due sooner under the Federal Rules of Civil Procedure;

      Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by May 15, 2026;

      All fact discovery shall be completed no later than May 15, 2026;

      The parties do not anticipate the use of expert witnesses.

SO ORDERED:

Dated: _____

      New York, New York

                                                          _____
                                                            LORNA G. SCHOFIELD
                                                            United States District Judge

Counsel for the Parties:

| /s/ George Kontakis | /s/ Brian Eisenhower |
|---|---|
| George K. Kontakis | Brian P. R. Eisenhower |
| J. Tanner Honea | Hill Rivkins LLP |
| K&L Gates LLP | 45 Broadway, Suite 2110 |
| 599 Lexington Ave. | New York, NY 10006 |
| New York, NY 10022 | Phone: (212) 699-0617 |
| Phone: (212) 536-4035 | *Attorney for Defendant* |
| *Attorney for Plaintiff* | *Ascension Bulk Terminal, LLC* |
| *Avanza Trading, LLC* | |