UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                   :

AVANZA TRADING, LLC,                   :
                      Plaintiff,   :
                                  :        26 Civ. 64 (LGS)
         -against-             :
                                  :

ASCENSION BULK TERMINAL, LLC,   :        **ORDER**
                  Defendant.  :
                                  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered March 2, 2026, directed the parties to file a joint letter by May 15, 2026, (1) stating whether one or both parties anticipate filing a dispositive motion and (2) if only one party anticipates filing such a motion, proposing an alternative briefing schedule from the schedule in that Order.

WHEREAS, no letter has been filed to date.  It is hereby

**ORDERED** that, as soon as possible and no later than **May 20, 2026**, the parties shall file the letter.

Dated: May 18, 2026
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE