**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AVANZA TRADING, LLC,

Plaintiff,

v.

ASCENSION BULK TERMINAL, LLC,

Defendant.

Case No.: 1:26-cv-64 (LGS)

Rule 9(h)

**NOTICE OF ASCENSION BULK TERMINAL, LLC'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, supporting declarations of Matthew Mancheski and L. Etienne Balart, the exhibits thereto, Statement of Undisputed Material Facts in Support of Cross-Motion for Summary Judgment, and the pleadings and proceedings to date, Defendant, Ascension Bulk Terminal, LLC ("Ascension"), respectfully moves this Court, in accordance with Federal Rules of Civil Procedure 56, for summary judgment on the claims asserted herein upon showing the Court that the Agreement, as written, is unambiguous and enforceable according to its plain, written terms and its scope is limited to certain Services, as defined in the Agreement, that do not include the vessel-related services about which Plaintiff complains. The declaratory judgment action brought by Plaintiff therefore fails and for these reasons, summary judgment should be granted in Ascension's favor and the Complaint should be dismissed.

Ascension respectfully requests such other or further relief as may be appropriate.

#111859472v1

2

Respectfully submitted,

JONES WALKER LLP
*Counsel for Ascension Bulk Terminal, LLC*

*S/ L. Etienne Balart*
L. Etienne Balart, *pro hac vice*
Alison M. Odermann, *pro hac vice*
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8584
Facsimile: (504) 589-8584
E-Mail: ebalart@joneswalker.com
            aodermann@joneswalker.com

and

Brian P. R. Eisenhower
HILL RIVKINS LLP
45 Broadway, Suite 2110
New York, New York 10006-3776
Tel: (212) 669-0617
Email: beisenhower@hillrivkins.com
*Co-Counsel for Ascension Bulk Terminal, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2026, the foregoing was electronically filed via the Court's CM/ECF system which sends a "Notice of Electronic Filing" to all attorneys of record.

S/ L. Etienne Balart

2

#111859472v1