UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AVANZA TRADING LLC, Plaintiff, -against- ASCENSION BULK TERMINAL, LLC, Defendant. | : | 26 Civ. 64 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed cross-motions for summary judgment on Plaintiff's claim for a declaratory judgment regarding the application of a Terminaling and Throughput Agreement dated November 27, 2023 (the "Agreement").

WHEREAS, Plaintiff seeks a declaration that "the [Agreement], including its incorporated tariff provisions and subsequent amendment," applies to "any barge or ocean-going vessel discharging, transporting, or loading [Plaintiff]'s Product at [Defendant]'s Terminal through the term and extended term of the Agreement," and that "[Defendant] may not impose increased tariff rates effective January 1, 2026, on vessels transporting [Plaintiff]'s Product." It is hereby

**ORDERED** that, upon full consideration of the parties' written submissions, the cross-motions for summary judgment are decided as follows:

- Plaintiff's motion for summary judgment is **GRANTED in part** and **DENIED in part**. Plaintiff is entitled to a declaration (with the substantive changes underlined) as follows:

  Schedule C to the Terminaling and Throughput Agreement between Avanza Trading LLC ("Avanza") and Ascension Bulk Terminal, LLC ("Ascension"), dated November 27, 2023, including its incorporated tariff provisions and subsequent amendment (collectively, the "Agreement"), applies to any barge or ocean-going vessel discharging, transporting, or loading Avanza's Product (as defined in the Agreement) at Ascension's Terminal (as defined in the Agreement) through the term and extended term of the Agreement, and Ascension may not impose increased tariff rates effective January 1, 2026, on vessels transporting Avanza's Product for the

services listed and priced in Schedule C.

- Summary judgment is granted only in part and with the above underlined changes because the Agreement fixes tariff rates for services only to the extent they are listed and priced in Schedule C to the Agreement. The Agreement thus prevents Defendant from increasing tariff rates only for those services specifically listed in Schedule C.
- Defendant's motion for summary judgment is **DENIED as moot**.

An opinion further explaining the reasons for this decision, and addressing Plaintiff's request for costs and fees, will follow in due course, at which time final judgment will be entered.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 43 and 47.

Dated: September 14, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**